713 A.2d 497

HONORABLE JOHN A. LYNCH, JR., PLAINTIFF–MOVANT,
v. NEW JERSEY EDUCATION ASSOCIATION ET AL.,
DEFENDANTS–RESPONDENTS.

June 30, 1998.

This matter having been duly presented to the Court, it is ORDERED that the motion for direct certification Superior Court, Law Division, Camden County is granted.